IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBOCAST, INC., a Delaware corporation, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 22-304-RGA |
| ) | |
| v. ) | |
| ) | |
| YOUTUBE, LLC, a Delaware limited liability ) | |
| company; and GOOGLE LLC, a Delaware limited ) | |
| liability company, ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER**

WHEREAS, Defendants YouTube, LLC and Google LLC (together, "Defendants"), having filed an Unopposed Motion For Leave To File Under Seal (the "Motion"); and

WHEREAS, good cause having been shown for the relief sought in the Motion,

IT IS HEREBY ORDERED this _____ day of _____, 2022 that Defendants' Motion is GRANTED.

_____
United States District Court Judge

RLF1 28068259v.1