# IN THE UNITED STATES DISTRICT COURT
# FOR DISTRICT OF DELAWARE

| | |
|---|---|
| ROBOCAST, INC. )<br>a Delaware corporation, )<br>)<br>        Plaintiff, )<br>)<br>   v. )<br>)<br>YOUTUBE, LLC, a Delaware limited )<br>liability company; and GOOGLE LLC, )<br>a Delaware limited liability company, )<br>)<br>        Defendants. ) | C.A. No. 22-304 (RGA)<br>**REDACTED**<br>**PUBLIC VERSION** |

## DECLARATION OF PHIL HARNISH IN SUPPORT OF
## DEFENDANTS' MOTION TO TRANSFER VENUE

OF COUNSEL:

Jordan R. Jaffe
Amy H. Candido
Catherine Lacey
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza, Suite 330
San Francisco, CA 94105-1126

Frederick L. Cottrell, III (#2555)
Griffin A. Schoenbaum (#6915)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
schoenbaum@rlf.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| ROBOCAST, INC. a Delaware corporation, </br></br>Plaintiff,</br></br>v.</br></br>YOUTUBE, LLC, a Delaware limited liability company; and GOOGLE LLC, a Delaware limited liability company,</br></br>Defendants. | C.A. No. 22-304 (RGA)</br></br>**REDACTED**</br>**PUBLIC VERSION** |

**DECLARATION OF PHIL HARNISH IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE**

I, Phil Harnish, declare and state as follows:

1. I am a Technical Lead at Google LLC ("Google") ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I have been a Google employee working on the YouTube platform since July 2008. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

2. I am over 18 years of age and have personal knowledge of the facts set forth in this Declaration. If called as a witness, I could and would testify competently to the information contained herein.

3. As a Technical Lead for YouTube, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4. I am Technical Lead for a team of approximately ▮▮▮▮▮▮▮▮▮▮ who are primarily assigned to Google's offices in the San Francisco Bay Area. ▮▮▮▮▮

1

work on YouTube platform's playlist features referred to above and ▉ are assigned to San Bruno, California. No member of my team is assigned to Delaware.

5.  I work with ▉ who is a software engineer overseeing YouTube's ▉ ▉ team. ▉ and his team are responsible for the technological implementation of how YouTube desktop and mobile applications play videos from a playlist. ▉ is assigned to Google's offices in San Bruno, California. ▉ team consists of ▉ ▉ are assigned to San Bruno, California and ▉ ▉ No member of ▉ team is assigned to Delaware.

6.  As a matter of Google practice, documents in Google's possession about its products and services are normally created and maintained by the employees working on those products and services. As discussed above, my team and ▉ team are primarily assigned to the San Francisco Bay Area, meaning that the documents relating to the design and development of YouTube's playlist features, such as source code, product requirements documents and other technical documentation, would be created and maintained primarily in the San Francisco Bay Area.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 7, 2022, at San Bruno, California.



Phil Harnish

2

## CERTIFICATE OF SERVICE

      I hereby certify that on October 11, 2022, I caused a true and accurate copy of the foregoing document to be served on the following counsel of record as indicated:

**BY E-MAIL**
Stephen B. Brauerman
Ronald P. Golden III
BAYARD, P.A.
600 North King Street, Suite 400
Wilmington, Delaware 19801
(302) 655-5000

**BY E-MAIL**
Steven Rizzi
Ramy E. Hanna
MCKOOL SMITH, P.C.
One Manhattan West
395 9th Avenue, 50th Floor
New York, New York 10001

**BY E-MAIL**
Marc N. Henschke
CANTOR COLBURN LLP
20 Church Street, 22nd Floor
Hartford, Connecticut 06103

*/s/ Griffin A. Schoenbaum*
Griffin A. Schoenbaum (#6915)