IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBOCAST, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 22-304-RGA |
| | : | |
| YOUTUBE, LLC, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

For the reasons stated in open court on December 20, 2022, Defendants' motion to transfer the case (D.I. 21) is DENIED.

IT IS SO ORDERED this 21st day of December 2022.

/s/ Richard G. Andrews
United States District Judge