IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBOCAST, INC., <br><br> Plaintiff, <br><br> v. <br><br> YOUTUBE, LLC AND GOOGLE, LLC, <br><br> Defendants. | C.A. No. 1:22-cv-00304-RGA <br><br> JURY TRIAL DEMANDED |
| ROBOCAST, INC., <br><br> Plaintiff And Counterclaim Defendant, <br><br> v. <br><br> NETFLIX, INC., <br><br> Defendant And Counterclaim Plaintiff. | C.A. No. 1:22-cv-00305-RGA <br><br> JURY TRIAL DEMANDED |

[PROPOSED] ORDER

WHEREAS, Plaintiff Robocast, Inc. ("Robocast") has advised the Court that an order is necessary to produce a license agreement (the "Apple License") between Robocast and Apple, Inc., (the "Apple") and the Court finding ~~good cause therefore~~.

IT IS HEREBY ORDERED, this 14th day of March, 2023, that:

1. Robocast shall produce a copy of the Apple License within ~~three (3)~~ one (1) business day~~s~~;

2. ~~Robocast shall provide to Apple the names and materials of any Robocast expert disclosed under the Protective Order that may have access to the Apple License;~~

1

~~3.     Robocast shall provide notice, at the time exhibit lists are first exchanged, if the Apple License appears on Robocast's exhibit list in this matter;~~

~~4.     Defendant(s), in each case, shall provide the names and materials for Defendant(s)' expert(s) disclosed under the Protective Order in the Matters who may have access to the Apple License, and~~

~~5.     Defendant(s), in each case, shall provide notice, at the time exhibit lists are first exchanged, if the Apple License appears on such Defendant(s)' exhibit list.~~

/s/ Richard G. Andrews
The Honorable Richard G. Andrews
United States District Judge   3/14/23