### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBOCAST, INC., a Delaware corporation<br><br>    Plaintiff,<br><br>v.<br><br>YOUTUBE, LLC, a Delaware limited liability company; and GOOGLE LLC, a Delaware limited liability company,<br><br>    Defendants. | C.A. No. 1:22-cv-00304-RGA-JLH<br><br>**JURY TRIAL DEMANDED** |
| ROBOCAST, INC., a Delaware corporation<br><br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>NETFLIX, INC., a Delaware limited liability company<br><br>    Defendant and Counterclaim Plaintiff. | C.A. No. 1:22-cv-00305-RGA-JLH<br><br>**JURY TRIAL DEMANDED** |

### JOINT MOTION FOR CLAIM CONSTRUCTION HEARING

Pursuant to Paragraph 8 of the Scheduling Order (D.I. 53) in C.A. No. 1:22-cv-00304 and Paragraph 6 of the Scheduling Order (D.I. 47) in C.A. No. 1:22-cv-00305, Plaintiff Robocast, Inc. and Defendants YouTube, LLC, Google LLC, and Netflix, Inc. hereby request that the Court hold a claim construction hearing beginning at 9:00 a.m. on January 17, 2024. The parties state that claim construction briefing is now complete and the Joint Claim Construction Brief (with Joint Appendix) is being filed simultaneously herewith. Subject to approval of the Court, the parties request that the Court allow a total of three hours for oral argument, to be divided equally per side (Plaintiff on the one hand and Defendants on the other).

1

Dated: December 20, 2023

/s/ Ronald P. Golden III
**Bayard, P.A.**
Stephen B. Brauerman
Ronald P. Golden, III
600 N. King Street, Suite 400
Wilmington, DE 19801
(302) 655-5000
Fax: (302) 658-6395
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

**MCKOOL SMITH, P.C.**
Steven Rizzi (*pro hac vice*)
Ramy E. Hanna (DE Bar Id #: 5494)
395 9th Avenue, 50th Floor
New York, NY 10001-8603
(212) 402-9400
srizzi@McKoolSmith.com
rhanna@McKoolSmith.com

Ari Rafilson (*pro hac vice*)
William D. Ellerman (*pro hac vice*)
Casey L. Shomaker (*pro hac vice*)
300 Crescent Court, Suite 1500
Dallas, Texas 75201
(214) 978-4000
arafilson@mckoolsmith.com
wellerman@mckoolsmith.com
cshomaker@mckoolsmith.com

**CANTOR COLBURN LLP**
Marc N. Henschke (*pro hac vice*)
Steven M. Coyle (*pro hac vice*)
Andrew C. Ryan (*pro hac vice*)
Nicholas A. Geiger (*pro hac vice*)
Sara T. Colburn (*pro hac vice*)
20 Church Street, 22nd Floor
Hartford, CT 06103
Tel. (860) 286-2929
mhenschke@cantorcolburn.com
scoyle@cantorcolburn.com
aryan@cantorcolburn.com
ngeiger@cantorcolburn.com

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
Griffin A. Schoenbaum (#6915)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
schoenbaum@rlf.com

Jordan R. Jaffe
Amy H. Candido
Catherine Lacey
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
One Market Plaza, Suite 330
San Francisco, CA 94105-1126

**ATTORNEYS FOR DEFENDANTS YOUTUBE, LLC AND GOOGLE LLC**

/s/ Kelly E. Farnan
**RICHARDS, LAYTON & FINGER P.A.**
Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
metzler@rlf.com

**LATHAM & WATKINS LLP**
Tara D. Elliott (#4483)
Rachel Weiner Cohen
Ashley M. Fry
Diane E. Ghrist
Alessandra M. Schaszberger
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
(202) 637-2200

**LATHAM & WATKINS LLP**
Kimberly Q. Li
200 Clarendon Street

scolburn@cantorcolburn.com

**ATTORNEYS FOR PLAINTIFF ROBOCAST, INC.**

Boston, MA 02116
(617) 948-6000

**ATTORNEYS FOR DEFENDANT AND COUNTERCLAIM PLAINTIFF NETFLIX, INC.**

SO ORDERED, this __21st__ day of December, 2023:

 /s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE