IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBOCAST, INC., | ) |
|                Plaintiff, | ) ) ) |
| v. | ) )   C.A. No. 1:22-cv-00304-JLH |
| YOUTUBE, LLC and GOOGLE LLC, | ) )   **JURY TRIAL DEMANDED** |
|                Defendants. | ) ) |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the deadline for Plaintiff Robocast, Inc. to file a redacted version of its Notice of 30(b)(6) Deposition of YouTube, LLC and Google LLC (D.I. 229) is extended through and including July 3, 2024.

BAYARD, P.A.

*/s/ Ronald P. Golden III*
Stephen B. Brauerman (#4952)
Ronald P. Golden III (#6254)
600 N. King Street, Suite 400
Wilmington, DE 19801
Tel.: (302) 655-5000
Fax: (302) 658-6395
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

*Attorneys for Robocast, Inc*

Dated: June 28, 2024

*/s/ Christine D. Haynes*
Frederick L. Cottrell, III (#2555)
Christine D. Haynes (#4697)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
haynes@rlf.com

*Attorneys for YouTube, LLC and Google LLC*

SO ORDERED, this __1st__ day of July, 2024:

                                                _____
                                                The Honorable Jennifer L. Hall
                                                UNITED STATES DISTRICT JUDGE